

FILED
OCT 1 5 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER R. DUKE

Case No. 2:25mj215
Court Date: November 5, 2025

### CRIMINAL INFORMATION

#### COUNT ONE

Misdemeanor - Violation No. E1718780

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 7, 2025, at Naval Station Norfolk, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, CHRISTOPHER R. DUKE, did knowingly and intentionally create a videographic image of a nonconsenting person, to wit: D.H., when said person was totally nude, clad in undergarments, or in a state of undress so as to expose the genitals, pubic area, or buttocks in a restroom and when the circumstances were otherwise such that said person being recorded would have a reasonable expectation of privacy.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-386.1.)

#### COUNT TWO

Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 7, 2025, at Naval Station Norfolk, Norfolk, Virginia, in the Eastern District of Virginia, the defendant, CHRISTOPHER R. DUKE, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

Lindsey Halligan
United States Attorney

By: *Ashley J. Young*
---
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
ashley.young@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Ashley J. Young*
---
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
ashley.young@usdoj.gov

15 October 2025
---
Date